Dismissed and Memorandum Opinion filed August 14, 2003









Dismissed
and Memorandum Opinion filed August 14, 2003.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-03-00841-CR

____________

 



JORGE ENRIQUE LOPEZ, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
184th District Court



Harris County, Texas

Trial Court Cause No. 914,243

 



 

M
E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to the offense of aggravated
assault.  He was placed on deferred
adjudication for ten years and assessed a fine of $500.  On January 23, 2003, the State moved to
adjudicate appellant=s guilt.  Appellant
entered a plea of true, and after a hearing, the trial court sentenced
appellant on June 16, 2003, to confinement for ten years in the Institutional
Division of the Texas Department of Criminal Justice and assessed a fine of
$500.  Appellant filed a pro se notice of
appeal.  We dismiss the appeal.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that appellant waived his right of appeal.  See Tex.
R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed August 14, 2003.

Panel consists of Chief Justice
Brister and Justices Anderson and Seymore.

Do Not Publish C Tex. R. App. P. 47.2(b).